UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REG'JUAN DONNELL LINDSEY,

    Plaintiff,

    v.

A. VASQUEZ, et al.,

    Defendants.

Case No. 23-cv-02588-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge.[1] Dkt. 3. Plaintiff has filed a completed *in forma pauperis* application. Dkt. 2.

The acts complained of occurred at the California Substance Abuse Treatment Facility and State Prison, in Corcoran, California which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[2] All pending motions are TERMINATED on this court's docket as no longer pending in this district. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: June 27, 2023

DONNA M. RYU
Chief United States Magistrate Judge

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).