**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGJUAN DONNELL LINDSEY,<br><br>            Plaintiff,<br><br>    v.<br><br>VASQUEZ, *et al.*,<br><br>            Defendants. | Case No.  1:23-cv-0991 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(Doc. 12) |

    The assigned magistrate judge issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies. (Doc. 9.) Plaintiff did not file a response. The magistrate judge then found it was "clear from the face of the complaint that Plaintiff filed suit prematurely without first exhausting his administrative remedies in compliance with the PLRA, section 1997e(a)." (Doc. 12 at 3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.*) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections must be filed within 14 days. (*Id.* at 3.) The Court also advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not object, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 8, 2023 (Doc. 12), are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice, due to Plaintiff's failure to exhaust administrative remedies prior to filing suit.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 6, 2023**                                    _____
UNITED STATES DISTRICT JUDGE